FILED

2004 NOV -5 P 1: 56

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | NO. 3:03CR77 (SRU)) |
|---|---|---|
| | : | |
| CHERYL ANN WAMBOLT | : | NOVEMBER 4, 2004 |

## MOTION TO CONTINUE JURY SELECTION

The Defendant, Cheryl Ann Wambolt, through counsel, hereby motions this Honorable Court to continue jury selection, which is currently scheduled for November 10, 2004 to be continued to January 12, 2004. The reasons for this motion are as follows:

1. The undersigned is currently scheduled to pick a jury on the same date in the State of Connecticut v. Kent "Warren" Barrett in front of Judge Licari with trial to immediately follow and will be unavailable to said date.

2. United States Assistant Attorney Michael E. Runowicz does not object to adjourning the selection date.

3. The undersigned has discussed this motion with the office of the attorney for the Defendant, Ralph Cifarelli, and the attorney for the Defendant, Ralph Cifarelli, does not object.

WHEREFORE, Defendant prays this Court enter an Order continuing Jury Selection to January 12, 2004 or a later date which the Court deems proper.

                                    THE DEFENDANT
                                    Cheryl Ann Wambolt
                                    BY_____
                                    Richard P. Silverstein
                                    50 Elm Street
                                    New Haven, CT  06510
                                    (203) 865-3309
                                    CT 01351

## CERTIFICATION

This is to certify that a copy of foregoing has been mailed first/class postage prepaid on this 4th day of November, 2004:

James I. Glasser
U.S. Attorney's Office - NH
157 Church Street, 23rd floor
P.O. Box 1824
New Haven, CT  06510

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly, Amendola & Sacramone
378 Boston Post Rd.
P.O. Drawer 966
Orange, CT  06477

Kevin O'Conner
U.S. Attorney's Office - NH
157 Church Street, 23rd floor
P.O. Box 1824
New Haven, CT  06510

Michael E. Runowicz
U.S. Attorney's Office - NH
157 Church Street, 23rd floor
P.O. Box 1824
New Haven, CT  06510

Richard P. Silverstein