FILED

2005 MAY -6  A 11: 32

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:03CR77 (SRU) |
| | ) | |
| v. | ) | |
| | ) | |
| CHERYL ANN WAMBOLT | ) | MAY 4, 2005 |

### MOTION TO CONTINUE SENTENCING

The Defendant, CHERYL ANN WAMBOLT, through counsel, hereby motions this Honorable Court to continue sentencing to Thursday, May 19, 2005. The co-defendant, RALPH CIFARELLI, is scheduled for sentencing on said date as well.

WHEREFORE, Defendant prays this Court enter an Order continuing Sentencing to Thursday, May 19, 2005.

THE DEFENDANT
CHERYL ANN WAMBOLT

BY_____
RICHARD P. SILVERSTEIN
50 ELM STREET
NEW HAVEN, CT 06511
(203)865-3309
CT01351

**CERTIFICATION**

This is to certify that a copy of the enclosed has been sent first/class postage prepaid on May 4, 2005, to the following:

MICHAEL E. RUNOWICZ, ESQ.
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT  06510

JOHN J. KELLY, ESQ.
CANTOR, FLOMAN, GROSS, KELLY & SACRAMONE, P.C.
378 BOSTON POST ROAD
P.O. DRAWER 966
ORANGE, CT  06477

_____
Richard P. Silverstein