FILED

2005 MAY -6  A 11: 32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :
V.                               :
                                 :
CHERYL ANN WAMBOLT               :   CASE NUMBER:
                                 :   3:03CR77 (SRU)
---------------------------------------------------------------x

## NOTICE OF MANUAL FILING

Please take notice that the Defendant, Cheryl Ann Wambolt, has manually filed the following document

**Motion to Continue Sentencing.**

This document has not been filed electronically because the document cannot be converted to an electronic format.

The document has been manually served on all parties.

Respectfully Submitted,

THE DEFENDANT
CHERYL ANN WAMBOLT
BY_____
Richard P. Silverstein
50 Elm Street
New Haven, Connecticut 06510
Tel. 203 865 3309
Fax 203 752 1213
CT 01351

## CERTIFICATION

This is to certify that a copy of the enclosed Motion to Continue Sentencing has been sent first/class postage prepaid on May 4, 2005 to the following:

MICHAEL E. RUNOWICZ, ESQ.
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06510

JOHN J. KELLY, ESQ.
CANTOR, FLOMAN, GROSS, KELLY & SACRAMONE, P.C.
378 BOSTON POST ROAD
P.O. DRAWER 966
ORANGE, CT 06477

_____
RICHARD P. SILVERSTEIN