FILED

2005 MAY 18 P 12:41

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:03CR77 (SRU) |
| | ) | |
| v. | ) | |
| | ) | |
| CHERYL ANN WAMBOLT | ) | MAY 17, 2005 |

## MOTION TO CONTINUE SENTENCING

The Defendant, CHERYL ANN WAMBOLT, through counsel, hereby motions this

Honorable Court to continue sentencing from Thursday, May 19, 2005 to a date the Court

deems proper. Attorney Silverstein is currently on trial in the New Haven Superior Court

and will be unavailable for sentencing on the currently scheduled date.

WHEREFORE, Defendant prays this Court enter an Order continuing Sentencing to a

date the Court deems proper.

THE DEFENDANT
CHERYL ANN WAMBOLT

BY_____
RICHARD P. SILVERSTEIN
50 ELM STREET
NEW HAVEN, CT 06511
(203)865-3309
CT01351

## CERTIFICATION

This is to certify that a copy of the enclosed Motion to Continue Sentencing has been

sent first/class postage prepaid on May 17, 2005 to the following:


MICHAEL E. RUNOWICZ, ESQ.
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT  06510

JOHN J. KELLY, ESQ.
CANTOR, FLOMAN, GROSS, KELLY & SACRAMONE, P.C.
378 BOSTON POST ROAD
P.O. DRAWER 966
ORANGE, CT 06477


RICHARD P. SILVERSTEIN

FILED

2005 MAY 18  P 12: 41

# UNITED STATES DISTRICT COURT DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
------------------------------------------------------------x
UNITED STATES OF AMERICA              :

V.                                    :

CHERYL ANN WAMBOLT                    :        CASE NUMBER:
                                      :        3:03CR77 (SRU)
------------------------------------------------------------x
```

## NOTICE OF MANUAL FILING

Please take notice that the Defendant, Cheryl Ann Wambolt, has manually filed the

following document

**Motion to Continue Sentencing.**

This document has not been filed electronically because the document cannot be converted

to an electronic format.

The document has been manually served on all parties.

Respectfully Submitted,

THE DEFENDANT
CHERYL ANN WAMBOLT
BY_____
Richard P. Silverstein
50 Elm Street
New Haven, Connecticut 06510
Tel. 203 865 3309
Fax 203 752 1213
CT 01351

## CERTIFICATION

This is to certify that a copy of the enclosed has been sent first/class postage prepaid on

May 17, 2005, to the following:


MICHAEL E. RUNOWICZ, ESQ.
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT  06510


JOHN J. KELLY, ESQ.
CANTOR, FLOMAN, GROSS, KELLY & SACRAMONE, P.C.
378 BOSTON POST ROAD
P.O. DRAWER 966
ORANGE, CT  06477


Richard P. Silverstein