UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:03CR77(SRU) |
| CHERYL ANN WAMBOLT | : | JUNE 9, 2005 |

MOTION AND ORDER OF DISMISSAL

The United States Attorney for the District of Connecticut, by the undersigned Assistant United States Attorney, respectfully moves pursuant to Rule 48, Fed. R. Crim. P., for the dismissal of Counts 2 through 10 of the Indictment pending against the defendant Cheryl Ann Wambolt.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


MICHAEL E. RUNOWICZ
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT08084
157 Church Street
New Haven, Connecticut  06510
(203) 821-3700


This motion to dismiss is granted.  It is so ordered this ___day of June, 2005, at Bridgeport, Connecticut.


_____
HON. STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

      This is to certify that the foregoing was hand delivered on June 9, 2005, to the following:

Richard P. Silverstein, Esq.
50 Elm Street
New Haven, CT 06510

                                        MICHAEL E. RUNOWICZ
                                        ASSISTANT UNITED STATES ATTORNEY