# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. CHERYL ANN WAMBOLT      Docket No. 3:03CR00077(SRU)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Michael E. Sheehan, SUPERVISING PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Cheryl Ann Wambolt who was sentenced to time served for a violation of 18 U.S.C. Sections 1344 and 2, Bank Fraud, by the Honorable Stefan R. Underhill, United States District Judge, sitting in the court at Bridgeport, Connecticut, on June 9, 2005, who fixed the period of supervision at three years which commenced on June 9, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The defendant shall reside for a period of six months, to commence immediately upon the availability of a position, in a community confinement center and shall observe the rules of that facility; 2) The defendant shall be placed on home confinement with electronic monitoring for a period of six months immediately following release from the community confinement center. The defendant shall make all provisions for the appropriate installation of the electronic monitoring equipment. Further, the defendant shall comply with all conditions of electronic monitoring as required by the Probation Office; 3) The defendant shall participate in a program approved by the Probation Office for mental health treatment and testing. The defendant shall pay all, or a portion of the costs associated with treatment, based on the defendant's ability to pay as determined by the Probation Office; 4) Beginning with release from the halfway house, the defendant shall make monthly installments of $125 towards the fine until paid; 5) The defendant shall not incur new credit card charges or open additional loans of credit without the permission of the probation officer; 6) The defendant shall provide the probation officer with access to requested financial information and pay all required taxes; and 7) The defendant shall have no contact with the co-defendant.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of supervised release:

Charge No. 1 - Condition Violated

Special Condition: The defendant shall reside for a period of six months, to commence immediately upon the availability of a position, in a community confinement center and shall observe the rules of that facility.

The defendant entered the Hartford House halfway house on July 7, 2005. On September 28, 2005, she was discharged unsatisfactorily.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Cheryl Ann Wambolt to appear before this Court at Bridgeport, Connecticut, on September 30, 2005, at 3:00 p.m.

**ORDER OF COURT**

Considered and ordered this 29th day of September, 2005, and ordered filed and made a part of the records in the above case.

Christopher F. Droney
United States District Judge

Sworn to By

*Michael E. Sheehan* (signature)

Michael E. Sheehan
Supervising United States Probation Officer

Place: Hartford, CT
Date: 9/29/05

Before me, The Honorable Christopher F. Droney, United States District Judge, for The Honorable Stefan R. Underhill, United States District Judge, on this 29th day of September, 2005, at Hartford, Connecticut, Supervising U.S. Probation Officer Michael E. Sheehan appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Christopher F. Droney
United States District Judge