UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 NOV -7 P 3: 58
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA

vs.

CHERYLANN WAMBOLT

Criminal No. 3:03CR00077(SRU)

## ORDER REIMPOSING SPECIAL CONDITION OF SUPERVISED RELEASE

On June 9, 2005, the defendant was sentenced to time served and three years supervised release for a violation of 18 U.S.C. §§ 1344 and 2, Bank Fraud, subject to standard and special conditions.

WHEREAS, at a hearing before this Court on October 12, 2005, Ms. Wambolt was afforded counsel and given an opportunity to be heard. Based on an agreement to readmit the defendant to the community corrections center, the violation petition was dismissed without prejudice.

IT IS ORDERED that the defendant shall reside for a period of thirteen weeks, to commence immediately upon the availability of an opening, in a community confinement center and shall observe the rules of that facility. This period represents the balance remaining on the six-month placement originally imposed and crediting the defendant for 84 days already completed at the Hartford House program.

All other aspects of the original judgment shall remain in full force and effect.

Signed and dated at Bridgeport, Connecticut, this 7th day of November, 2005.

The Honorable Stefan R. Underhill
United States District Judge